## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

ICE CORPORATION,

                 Plaintiff,                           No. 05-4135-JAR

      v.

HAMILTON SUNDSTRAND
INCORPORATED
and RATIER-FIGEAC,
S.A.,

                 Defendants.

## ORDER

This matter comes before the court upon plaintiff's Motion to Withdraw Exhibits and Motion to File Exhibits Under Seal (Doc. 82). The court has contacted defendants' counsel and defendants do not oppose the present motion. As the motion is unopposed and for good cause shown,

**IT IS THEREFORE ORDERED** that the present motion (Doc. 82) is granted. Exhibits "C", "F" and "I" from Plaintiff's Motion to Compel (Doc. 80) shall be stricken from public filing. The Clerk's office is directed to strike Exhibits "C" "F" and "I" from plaintiff's Motion to Compel (Doc. 80). Plaintiffs shall deliver to the Clerk's Office for conventional filing under seal, Exhibits "C" "F" and "I." These documents shall be accepted for filing with the Court under seal.

**IT IS SO ORDERED**.

Dated this 25th day of September 2006, in Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate