## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, )  | |
|     Plaintiff, ) | No. 05-4135-JAR |
| v. ) | |
| ) | |
| HAMILTON SUNDSTRAND ) | |
| INCORPORATED ) | |
| and RATIER-FIGEAC, ) | |
| S.A., ) | |
|     Defendants. ) | |

### ORDER

UPON the Plaintiff's Motion for Leave to File Under Seal Exhibits A-C (Doc. 98) to Plaintiff's Reply in Support of its Motion to Compel (Doc. 99), and for good cause shown,

IT IS THEREFORE ORDERED that Plaintiff Ice Corporation shall deliver to the Clerk's Office for conventional filing under seal Exhibits to its Reply (Doc. 99) in Support of its Motion to Compel. These documents shall be accepted for filing with the Court under seal.

**IT IS SO ORDERED**.

Dated this  31st  day of October, 2006, in Topeka, Kansas.

                                                            s/ K. Gary Sebelius
                                                          K. Gary Sebelius
                                                          U.S. Magistrate Judge