IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, a Kansas Corporation ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-4135-JAR |
| ) | |
| HAMILTON SUNDSTRAND CORPORATION, ) | |
| a Delaware Corporation ) | |
| ) | |
| and ) | |
| ) | |
| RATIER-FIGEAC, S.A.S., a French Corporation ) | |
| ) | |
| Defendants. | |

**ORDER**

This matter comes before the court upon plaintiff's Unopposed Motion for Leave to File Under Seal Plaintiff's Motion for Leave to File Surreply in Opposition to Defendants' Motion to Limit Testimony of Plaintiff's Expert (Doc. 156). As the title of the motion indicates, defendants do not oppose plaintiff's request. Accordingly, and for good cause shown,

**IT IS THEREFORE ORDERED** plaintiff's Unopposed Motion for Leave to File Under Seal Plaintiff's Motion for Leave to File Surreply in Opposition to Defendants' Motion to Limit Testimony of Plaintiff's Expert (Doc. 156) is granted. Plaintiff is directed to file their Motion for Leave to File Surreply in opposition to defendants' Motion to Limit Testimony (Doc. 136) under seal. The Clerk of the court shall accept such a filing.

**IT IS SO ORDERED.**

Dated this 30th day of March, 2006, at Topeka Kansas

                                                s/ K. Gary Sebelius
                                                K. GARY SEBELIUS
                                                U.S. MAGISTRATE JUDGE