IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, a Kansas Corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAMILTON SUNDSTRAND CORPORATION, ) <br> ) <br> and ) <br> ) <br> RATIER-FIGEAC, S.A.S., a French Corporation ) <br> ) <br> Defendants. ) | Case No. 05-4135-JAR |

## ORDER

This matter comes before the court upon defendants' Unopposed Motion for Leave to File to File Exhibit in Support of Motion for Protective Order Under Seal (Doc. 159). Defendants filed a Motion for a Protective Order (Doc. 158) to which the present motion seeks to file exhibits under seal in support. As the title of the motion indicates, plaintiff does not oppose the present motion. Accordingly, and for good cause shown,

**IT IS THEREFORE ORDERED** that defendants' Unopposed Motion for Leave to File to File Exhibit in Support of Motion for Protective Order Under Seal (Doc. 159) is granted. Defendants are granted leave to file Exhibit F to their Motion for Protective Order (Doc. 158) under seal. The Clerk of the court shall accept such exhibit(s) to (Doc. 158) for filing with the Court under seal.

**IT IS SO ORDERED.**

Dated this  3rd  day of April, 2006, at Topeka Kansas

   s/ K. Gary Sebelius
K. GARY SEBELIUS
U.S. MAGISTRATE JUDGE