IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, a Kansas Corporation ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-4135-JAR |
| ) | |
| HAMILTON SUNDSTRAND CORPORATION, ) | |
| ) | |
| and ) | |
| ) | |
| RATIER-FIGEAC, S.A.S., a French Corporation ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the court upon plaintiff's Unopposed Motion for Leave to File Exhibits to Its Opposition to Defendants' Motion for Protective Order Under Seal (Doc. 179) and plaintiff's Unopposed Motion for Leave to File Exhibits to its Reply in Support of Its Second Motion to Compel Under Seal (Doc. 180). Plaintiff seeks to file under seal exhibits to its response (Doc. 178) to defendants' Motion for Protective order (Doc. 158). Plaintiff also seeks to file under seal exhibits to its reply (Doc. 177) in support of its Second Motion to Compel (Doc. 140). Defendants filed a Motion to Compel (Doc. 164) to which the present motion seeks to file exhibits under seal in support. As the title of the motions indicate, defendants do not oppose the present motions. Accordingly, and for good cause shown,

**IT IS THEREFORE ORDERED** that plaintiff's Unopposed Motion for Leave to File Exhibits to Its Opposition to Defendants' Motion for Protective Order Under Seal (Doc. 179) is granted. Plaintiff is granted leave to file Exhibit A-N to its response (Doc. 178) to defendants' Motion for Protective order (Doc. 158) under seal. The Clerk of the court shall accept such exhibit(s) to (Doc. 178) for filing with the Court under seal.

**IT IS FURTHER ORDERED** that plaintiff's plaintiff's Unopposed Motion for Leave to File Exhibits to its Reply in Support of Its Second Motion to Compel Under Seal (Doc. 180) is granted.  Plaintiff is granted leave to file Exhibit A-C to its reply (Doc. 177) to in support of its Second Motion to Compel (Doc. 140) under seal.  The Clerk of the court shall accept such exhibit(s) to (Doc. 177) for filing with the Court under seal.

**IT IS SO ORDERED.**

Dated this 19th day of April, 2006, at Topeka Kansas

 s/ K. Gary Sebelius
K. GARY SEBELIUS
U.S. MAGISTRATE JUDGE