IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, a Kansas Corporation ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-4135-JAR |
| ) | |
| HAMILTON SUNDSTRAND CORPORATION, ) | |
| ) | |
| and ) | |
| ) | |
| RATIER-FIGEAC, S.A.S., a French Corporation ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the court upon defendants' Unopposed Motion for Leave to File Under Seal Exhibits 2 and 3 to Defendants' Proposed Sur-reply in Opposition to Plaintiffs' Second Motion to Compel (Doc. 190). As the title of the motions indicate, defendants do not oppose the present motions. Accordingly, and for good cause shown,

**IT IS THEREFORE ORDERED** defendants' Unopposed Motion for Leave to File Under Seal Exhibits 2 and 3 to Defendants' Proposed Sur-reply in Opposition to Plaintiffs' Second Motion to Compel (Doc. 190) is granted. The Clerk of the court shall accept such exhibit(s) to (Doc. 187) for filing with the Court under seal.

**IT IS SO ORDERED.**

Dated this 26th day of April, 2006, at Topeka Kansas

                                                  s/ K. Gary Sebelius
                                                  K. GARY SEBELIUS
                                                  U.S. MAGISTRATE JUDGE