IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, a Kansas Corporation ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-4135-JAR |
| ) | |
| HAMILTON SUNDSTRAND CORPORATION, ) | |
| ) | |
| and ) | |
| ) | |
| RATIER-FIGEAC, S.A.S., a French Corporation ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the court upon plaintiff's Unopposed Motion for Leave to File Exhibits to Its Opposition to Defendants' Motion to Compel Under Seal (Doc. 185). Plaintiff seeks to file under seal exhibits to its response (Doc. 187) to defendants' Motion to Compel (Doc. 164). As the title of the motions indicate, defendants do not oppose the present motions. Accordingly, and for good cause shown,

**IT IS THEREFORE ORDERED** that plaintiff's plaintiff's Unopposed Motion for Leave to File Exhibits to Its Opposition to Defendants' Motion to Compel Under Seal (Doc. 185) is granted. Plaintiff is granted leave to file Exhibit 1-8 to its response (Doc. 187) to defendants' Motion to Compel (Doc. 164) under seal. The Clerk of the court shall accept such exhibit(s) to (Doc. 187) for filing with the Court under seal.

**IT IS SO ORDERED.**

Dated this 26th day of April, 2006, at Topeka Kansas

                                         s/ K. Gary Sebelius
                                         K. GARY SEBELIUS
                                         U.S. MAGISTRATE JUDGE