IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| ICE CORPORATION, a Kansas Corporation | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-4135-JAR |
| | ) | |
| HAMILTON SUNDSTRAND CORPORATION, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RATIER-FIGEAC, S.A.S., a French Corporation | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the court upon plaintiff's Unopposed Motion for Leave to File Exhibits to Its Motion to Strike Defendants' Defenses and Memorandum in Support Under Seal (Doc. 197). Plaintiff seeks to file under seal exhibits to its Motion to Strike (Doc. 195). As the title of the motions indicate, defendants do not oppose the present motions. Accordingly, and for good cause shown,

**IT IS THEREFORE ORDERED** that plaintiff's Unopposed Motion for Leave to File Exhibits to Its Motion to Strike Defendants' Defenses and Memorandum in Support Under Seal (Doc. 197) is granted. The Clerk of the court shall accept such exhibit(s) to (Doc. 195) for filing with the Court under seal.

**IT IS SO ORDERED.**

Dated this 27th day of April, 2006, at Topeka Kansas

s/ K. Gary Sebelius
K. GARY SEBELIUS
U.S. MAGISTRATE JUDGE