IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, a Kansas Corporation | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-4135-JAR |
| | ) |
| HAMILTON SUNDSTRAND CORPORATION, | ) |
| | ) |
| and | ) |
| | ) |
| RATIER-FIGEAC, S.A.S., a French Corporation, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the court upon plaintiff's Unopposed Motion for Leave to File Exhibits to Its Opposition to Defendants' Motion for leave to File Surreply Under Seal (Doc. 223). As the title of the motion indicates, plaintiff does not oppose the present motion. Accordingly, and for good cause shown,

**IT IS THEREFORE ORDERED** plaintiff's Unopposed Motion for Leave to File Exhibits to Its Opposition to Defendants' Motion for leave to File Surreply Under Seal (Doc. 223) is granted. The Clerk of the court shall accept such exhibit(s) for filing under seal.

**IT IS SO ORDERED.**

Dated this 8th day of May, 2007, at Topeka Kansas

　　　　　　　　　　　　　　　　　　　　s/ K. Gary Sebelius
　　　　　　　　　　　　　　　　　　　　K. GARY SEBELIUS
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE