**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| ICE CORPORATION, )<br>　　　　Plaintiff, )<br>v. )<br>　　　　　　　　　　　　　　　 )<br>HAMILTON SUNDSTRAND )<br>INCORPORATED )<br>and RATIER-FIGEAC, )<br>S.A., )<br>　　　　Defendants. ) | No. 05-4135-JAR |

**ORDER**

This matter comes before the court up on plaintiff's Unopposed Motion for Leave to File Exhibits to its Opposition to Defendants' Motion to Strike Plaintiff's Motion to Strike Defendants' Defenses (Doc. 250). As the title of the motion indicates, defendants do not oppose the relief requested. Accordingly, for good cause shown,

IT THEREFORE ORDERED that Plaintiff's Unopposed Motion for Leave to File Exhibits to its Opposition to Defendants' Motion to Strike Plaintiff's Motion to Strike Defendants' Defenses (Doc. 250) is granted. Plaintiff may filed Exhibits 1-3 to its opposition to defendants' Motion to Strike (Doc. 211). The court shall accept these filings.

**IT IS SO ORDERED.**

Dated this 21st day of May, 2007, at Topeka, Kansas.

　　　　　　　　　　　　　　　　　　K. Gary Sebelius
　　　　　　　　　　　　　　　　　　K. GARY SEBELIUS
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE