IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, a Kansas Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HAMILTON SUNDSTRAND CORPORATION, )<br>)<br>and )<br>)<br>RATIER-FIGEAC, S.A.S., a French Corporation, )<br>)<br>Defendants. ) | Case No. 05-4135-JAR |

**ORDER**

This matter comes before the court upon plaintiff's Unopposed Motion for Leave to File Exhibits to its Response to Defendants' Motion for Clarification of Court's Ruling as to Interrogatory No. 15 Under Seal (Doc. 262). As the title of the motion indicates, defendants do not oppose the present motion.

Accordingly, and for good cause shown,

**IT IS THEREFORE ORDERED** plaintiff's Unopposed Motion for Leave to File Exhibits to its Response to Defendants' Motion for Clarification of Court's Ruling as to Interrogatory No. 15 Under Seal (Doc. 262) is granted. The Clerk of the court is directed to accept for filing under seal Exhibits B-C to plaintiff's response to Defendant's Motion for Clarification (Doc. 232).

**IT IS SO ORDERED.**

Dated this 24th day of May, 2007, at Topeka Kansas

                                                        s/ K. Gary Sebelius
                                                       K. GARY SEBELIUS
                                                       U.S. MAGISTRATE JUDGE