IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, a Kansas Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-4135-JAR |
| ) | |
| HAMILTON SUNDSTRAND CORPORATION, ) | |
| ) | |
| and ) | |
| ) | |
| RATIER-FIGEAC, S.A.S., a French Corporation, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter comes before the court upon defendants' Motion for Leave to File Under Seal Footnote 7 and Exhibit 6 to Defendants' Reply in Support of Defendants' Motion to Strike Plaintiff's Motion to Strike Defendants' Defenses (Doc. 283). The present motion seeks leave of court to seal footnote 7 ad Exhibit 6 to defendants' reply. The court has contacted plaintiff's counsel who does not oppose the sealing of these exhibits.

Accordingly, and for good cause shown,

**IT IS THEREFORE ORDERED** defendants' Motion for Leave to File Under Seal Footnote 7 and Exhibit 6 to Defendants' Reply in Support of Defendants' Motion to Strike Plaintiff's Motion to Strike Defendants' Defenses (Doc. 283) is granted. The Clerk of the court shall accept such exhibit(s) to defendants' response to Doc. 281 for filing under seal.

**IT IS SO ORDERED.**

Dated this 5th day of June, 2007, at Topeka Kansas

                                                  s/ K. Gary Sebelius
                                                  K. GARY SEBELIUS
                                                  U.S. MAGISTRATE JUDGE