# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, )<br>        Plaintiff, )<br>v. )<br> )<br>HAMILTON SUNDSTRAND )<br>INCORPORATED )<br>and RATIER-FIGEAC, )<br>S.A., )<br>        Defendants. ) | No. 05-4135-JAR |

## ORDER

This matter comes before the court upon plaintiff's Unopposed Motion for Leave to File Exhibits to its Third Motion to Compel and For Sanctions Under Seal (Doc. 307). As the title of the present motion indicates, defendants do not oppose this requested. Accordingly, and for good cause shown,

**IT IS THEREFORE ORDERED** that plaintiff's Unopposed Motion for Leave to File Exhibits to its Third Motion to Compel and For Sanctions Under Seal (Doc. 307) is granted. The Clerk of the court shall accept such exhibit(s) to (Doc. 306) for filing with the Court under seal.

**IT IS SO ORDERED.**

Dated this 25th day of June, 2007, at Topeka, Kansas.

                                             s/ K. Gary Sebelius
                                            K. GARY SEBELIUS
                                            UNITED STATES  MAGISTRATE JUDGE

Submitted by:

**McDOWELL, RICE, SMITH & BUCHANAN**
    *A Professional Corporation*
Thomas R. Buchanan - KS #10572
Michael J. Gorman –KS Fed. #70249
Linda C. McFee – KS #17070
Jason L. Buchanan - KS #20815
605 West 47th Street, Suite 350
Kansas City, Missouri 64112-1905
Phone: (816) 753-5400
Facsimile:    (816) 753-9996

ATTORNEYS FOR PLAINTIFF

With a copy of the foregoing sent to:

Dale L. Beckerman
Mimi E. Doherty
DEACY & DEACY, LLP
920 Main Street, Suite 1900
Kansas City, Missouri 64105

Frederick J. Sperling,
Sondra A. Hemeryck
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606