IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-4135-JAR |
| | ) |
| HAMILTON SUNDSTRAND | ) |
| CORPORATION and RATIER-FIGEAC, | ) |
| S.A.S. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the court upon plaintiff's Motion for Leave to File Exhibits to its Reply in Support of its Third Motion to Compel Under Seal (Doc. 352). Specifically, the present motion seeks the court's leave to file Exhibits A-I to plaintiff's Reply (Doc. 351) under seal. The present motion indicates that defendants do not oppose this request.

Standard Order 07-03[1] provides in part:

> If the motion for leave to file under seal is granted, the assigned judge will enter electronically an order authorizing the filing of the document(s) under seal. The assigned judge will also direct the clerk's office to grant to all attorneys who have entered an appearance in that case . . . the ability to view sealed documents in that case . . . . The filing party shall then file its document(s) electronically under seal.

Accordingly, and for good cause shown,

**IT IS ORDERED** plaintiff's Motion for Leave to File Exhibits to its Reply in Support of its Third Motion to Compel Under Seal (Doc. 352) is granted. The Clerk of the Court shall accept such exhibits for filing with the Court under seal electronically to plaintiff's reply (Doc. 351). The court directs the Clerk's office to grant to all attorneys who have entered an appearance in this case the ability to view sealed documents in this case.[2]

---

[1] This order is located on the District's website.

[2] Pursuant to Standard Order 07-03.

**IT IS SO ORDERED**.

Dated this 8th day of August, 2007 at Topeka, Kansas.

               s/ K. Gary Sebelius
               K. Gary Sebelius
               United States Magistrate Judge