IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-4135-JAR |
| | ) |
| HAMILTON SUNDSTRAND | ) |
| CORPORATION and RATIER-FIGEAC, | ) |
| S.A.S., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the court upon plaintiff's Unopposed Motion to File Affidavit in Support of Plaintiff's Opposition to Defendants' Motion for Leave to File Surreply Under Seal (Doc. 387). Specifically, the present motion seeks the court's leave to file an affidavit in support of its response (Doc. 386) to defendants' Motion for Leave to File Surreply (Doc. 362). As the title of plaintiff's motion indicates, defendants do not oppose the motion.

Standard Order 07-03[1] provides in part:

> If the motion for leave to file under seal is granted, the assigned judge will enter electronically an order authorizing the filing of the document(s) under seal. The assigned judge will also direct the clerk's office to grant to all attorneys who have entered an appearance in that case . . . the ability to view sealed documents in that case . . . . The filing party shall then file its document(s) electronically under seal.

Accordingly, and for good cause shown,

**IT IS ORDERED** plaintiff's Unopposed Motion to File Affidavit in Support of Plaintiff's Opposition to Defendants' Motion for Leave to File Surreply Under Seal (Doc. 387) is granted. The Clerk of the Court shall accept such exhibits for filing with the Court under seal electronically to plaintiff's response (Doc. 386). The court directs the Clerk's office to grant to

---

[1] This order is located on the District's website.

all attorneys who have entered an appearance in this case the ability to view sealed documents in this case.[2]

**IT IS SO ORDERED**.

Dated this 27th day of August, 2007 at Topeka, Kansas.

                                              s/ K. Gary Sebelius
                                              K. Gary Sebelius
                                              United States Magistrate Judge

---

[2] Pursuant to Standard Order 07-03.