IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-4135-JAR |
| | ) |
| HAMILTON SUNDSTRAND | ) |
| CORPORATION and RATIER-FIGEAC, | ) |
| S.A.S., | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter comes before the court on plaintiff's Unopposed Motion to Withdraw and Replace Briefing (Doc. 395), defendants' Unopposed Motion of Defendants for Leave to File Under Seal Exhibits A through F to Defendants' Opposition to Plaintiff's Memorandum Supporting Inclusion (Doc. 396), and plaintiff's Unopposed Motion for Leave to File Exhibits to its Motion to Compel English Answers to Interrogatories and In Limine (Doc. 398).

As the titles of these motions indicate, the relief requested is unopposed. Moreover, the court has reviewed the parties' submissions and had found good cause to grant the relief sought. Accordingly, and for good cause shown,

**IT IS ORDERED** that plaintiff's Unopposed Motion to Withdraw and Replace Briefing (Doc. 395) is granted. The Clerk's office shall replace Doc. 392 with Exhibit 1 to Doc. 395.

IT IS FURTHER ORDERED that defendants' Unopposed Motion of Defendants for Leave to File Under Seal Exhibits A through F to Defendants' Opposition to Plaintiff's Memorandum Supporting Inclusion (Doc. 396) is granted. The Clerk's office shall accept these exhibits for electronic filing under seal to defendants' Objections (Doc. 394).

IT IS FURTHER ORDERED that plaintiff's Unopposed Motion for Leave to File Exhibits to its Motion to Compel English Answers to Interrogatories and In Limine (Doc. 398) is

granted. The Clerk's office shall accept these exhibits for electronic filing under seal to plaintiff's Motion to Compel (Doc. 397).

**IT IS SO ORDERED**.

Dated this 4th day of September, 2007 at Topeka, Kansas.

                                                           <u>s/ K. Gary Sebelius</u>
                                                         K. Gary Sebelius
                                                         United States Magistrate