IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-4135-JAR |
| | ) |
| HAMILTON SUNDSTRAND | ) |
| CORPORATION and RATIER-FIGEAC, | ) |
| S.A.S., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the court upon defendants' Unopposed Motion for Leave to File Under Seal Exhibits A, G, H and I to Defendants' Response in Opposition to Plaintiff's Motion for Relief Regarding Ratier Depositions (Doc. 425). As the title of plaintiff's motion indicates, defendants do not oppose the motion.

Standard Order 07-03[1] provides in part:

> If the motion for leave to file under seal is granted, the assigned judge will enter electronically an order authorizing the filing of the document(s) under seal. The assigned judge will also direct the clerk's office to grant to all attorneys who have entered an appearance in that case . . . the ability to view sealed documents in that case . . . . The filing party shall then file its document(s) electronically under seal.

Accordingly, and for good cause shown,

**IT IS ORDERED** plaintiff's defendants' Unopposed Motion for Leave to File Under Seal Exhibits A, G, H and I to Defendants' Response in Opposition to Plaintiff's Motion for Relief Regarding Ratier Depositions (Doc. 425) is granted. The Clerk of the Court shall accept such exhibits for filing with the Court under seal electronically to defendant's Response (Doc. 424). The court directs the Clerk's office to grant to all attorneys who have entered an

---

[1]This order is located on the District's website.

appearance in this case the ability to view sealed documents in this case.[2]  Upon issuance of this order, defendant is directed to file its exhibits under seal electronically.

**IT IS SO ORDERED**.

Dated this 28th day of September, 2007 at Topeka, Kansas.

                                                  s/ K. Gary Sebelius  
                                                  K. Gary Sebelius  
                                                  United States Magistrate Judge

---

[2] Pursuant to Standard Order 07-03.