IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ICE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-4135-JAR |
| | ) |
| HAMILTON SUNDSTRAND | ) |
| CORPORATION and RATIER-FIGEAC, | ) |
| S.A.S. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on defendants' Unopposed Motion to Stay Enforcement of the Court's December 3, 2007 Order (Doc. 454). As the title indicates the motion is unopposed. Defendants bring this motion pursuant to D. Kan. Rule 72.1.4 which provides in part "[a]pplication for stay of a magistrate judge's order pending review of objections made thereto shall first be made to the magistrate judge." Accordingly, and for good cause shown,

IT IS THEREFORE ORDERED that defendants' Unopposed Motion to Stay Enforcement of the Court's December 3, 2007 Order (Doc. 454) is granted. Enforcement of the court's December 3, 2007 order (Doc. 449) is stayed pending review of the order.

IT IS SO ORDERED.

Dated this ___ day of December, 2007, at Topeka, Kansas.

_s/ K. Gary Sebelius_____
K. Gary Sebelius
U.S. Magistrate Judge